AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMES ARTHUR ALSTON, SR.,

Plaintiff

JUDGMENT IN A CIVIL CASE

v.

S. GREGORY, et al.,

Defendants.

CASE NUMBER: CV422-233

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated December 15, 2022, this case is dismissed for failure to comply with a court order. This case stands closed.

Approved by: _Christopher L. Ray_

December 15, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_James R. Burell_
(By) Deputy Clerk

GAS Rev 10/2020